

**ORDERED in the Southern District of Florida on January 4, 2019.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: <br><br> GREEN TERRACE CONDOMINIUM ASSOCIATION, INC., <br><br> Debtor. | Case No. 17-19188-MAM <br> Chapter 11 |

### ORDER GRANTING, IN PART, FINAL FEE APPLICATION OF FOWLER WHITE BURNETT, P.A. AS FORMER COUNSEL FOR THE DEBTOR

**THIS MATTER** came on before the Court on December 10, 2018, upon the Final Fee Application (the "Fee Application") [ECF No. 324] of the law firm of Fowler White Burnett, P.A. ("<u>Fowler White</u>") as former counsel for Green Terrace Condominium Association, Inc. The Court, having reviewed the Fee Application and all related documents, the objection thereto, having heard argument of counsel, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1.     The Fee Application is **GRANTED** to the extent set forth below.

2. Fowler White is awarded final fees and costs for services rendered to the Debtor-in-Possession and the Debtor's estate in this Chapter 11 case as follows:

Services rendered from July 21, 2017 through February 8, 2018:

| | |
|---|---:|
| Requested Fees:………………………………………………………………… | $139,902.50 |
| Allowed Fees:……………………………………………………………………. | $120,000.00 |
| Less Holdback (20%):……………………….…………………………………. | $    N/A |
| Balance of Retainer To Be Paid……………………………………............... | $ 42,650.50 |
| Net Fees To Be Paid:…………………..…………………………………………… | $ 77,349.50 |
| Requested Costs:…………………………………………………….…… | $      885.04 |
| Allowed Costs:…………………………………………………………………… | $      885.04 |
| **TOTAL FEES AND COSTS AMOUNT AWARDED** | **$   120,885.04** |

3. Fowler White is authorized to disburse the balance of the funds in its retainer account in the amount of $42,650 in partial payment of its allowed fees and costs, and to seek payment for the balance of Fowler White's fees and costs from the former chapter 11 trustee, Robert Furr, on a *pro rata* basis from the remaining funds held by Mr. Furr for distribution to administrative claimants in this case.

4. In allowing the foregoing fees, the court has considered the criteria specified in 11 U.S.C. §§ 326, 328 and 330, and the requirements of Bankruptcy Rule 2016, in light of the principles stated in *Pennsylvania v. Delaware Valley Citizens' Council for Clean Air*, 478 U.S. 546 (1986); *Hensley v. Eckerhard*, 461 U.S. 424, 433 (1983); and *Norman v. Housing Auth. Of Montgomery*, 836 F .2d 1291 (11th Cir. 1988).

####

3

Copy to: Eric A. Rosen, Esquire

***Attorney Rosen is directed to serve a copy of this Order on all interested parties entitled to service and to file a Certificate of Service with the Court.***